# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN GEORGE BREDESON, <br><br> Defendant. | CR 17-12-GF-BMM <br><br> **ORDER** |

Defendant Ryan Bredeson (Bredeson) appeared before United States Magistrate Judge John Johnston on April 12, 2017, and entered a plea of guilty to Wire Fraud as charged in Count II of the Indictment. Judge Johnston entered Findings and Recommendations on April 12, 2017. (Doc. 44). Judge Johnston determined: (1) that Bredeson was fully competent and capable of entering an informed and voluntary plea; (2) that Bredeson was aware of the nature of the charges against him and the consequences of pleading guilty to Count II; (3) that Bredeson understood his constitutional rights, and the extent to which he was waving those rights by pleading guilty; (4) that Bredeson's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offense charged in Count II; (5) that Bredeson had adequate time to review the Plea Agreement with counsel; and (6) that

Bredeson understood each provision of the Plea Agreement. (Doc. 44 at 2). Judge Johnston recommended that this Court accept Bredeson's plea of guilty to the crime of Wire Fraud as charged in Count II. (Doc. 44 at 2). Neither party filed objections to Judge Johnston's Findings and Recommendations.

The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, IT IS ORDERED:

1. Bredeson's Motion to Change Plea (Doc. 35) is GRANTED.

2. The Court will defer acceptance of the Plea Agreement (Doc. 38) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

DATED this 2nd day of May, 2017.

Brian Morris
United States District Court Judge