# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RYAN GEORGE BREDESON,<br><br>      Defendant. | CR-17-12-GF-BMM-02<br><br>**ORDER** |

  Defendant Ryan George Bredeson has moved for early termination of his current term of supervised release. (Doc. 87). The Government does not object. The Court conducted a hearing on the motion on April 22, 2021. The Court determines that good cause exists to grant Bredeson's motion for early termination of his supervised release term.

  Accordingly, **IT IS HEREBY ORDERED** that Bredeson's Motion for Early Termination of Supervised Release (Doc. 87) is **GRANTED**.

  DATED this 22nd day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court